<u>**UNPUBLISHED**</u>

FILED: April 19, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4370
(5:12-cr-00376-F-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALEJANDRO GARCIA-LAGUNAS, a/k/a Alex Fuentes

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for rehearing, the court grants the petition for panel rehearing, vacates the original opinion and judgment, and dismisses the petition for rehearing en banc as moot without prejudice to refiling after the panel's further decision on rehearing.

The parties are directed to submit simultaneous briefs, of no more than 15 pages, by May 10, 2016, addressing the issue of whether evidentiary error, if

assumed to be of constitutional magnitude, is nonetheless harmless beyond a reasonable doubt.

For the Court

/s/ Patricia S. Connor, Clerk